# EXHIBIT A

# Nikki Alvarez-Sowles, Esq.
## Pasco County Clerk & Comptroller

New Search   Expand All

| Case Number | Filed Date | Case Type | Status | Contested | Jury Trial |
|---|---|---|---|---|---|
| 512021CA001921CAAXES [2021CA001921CAAXES] | 08/18/2021 | Circuit Civil 3-D | OPEN | NO | YES |

| Filing Date | Description | Active | Contested | Judgment Date |
|---|---|---|---|---|
| 08/18/2021 | Premises Liability Commercial | YES | NO | - |

| Party Name | Party Type | Attorney | Bar ID |
|---|---|---|---|
| GROGER, GREGORY G. | JUDGE | | |
| STANLEY BLACK AND DECKER INC    Search This Party | DEFENDANT | | |
| STANLEY ACCESS TECHNOLOGIES, L    Search This Party | ALSO KNOWN AS | | |
| KHAN, QAISAR    Search This Party | PLAINTIFF | FULGENCIO, FELIPE BASTOS | 95961 |
| WAL-MART INC    Search This Party | DEFENDANT | RUSSOMANNO, SUZETTE LUISA | 751081 |

## Dockets

Page : 1   [    ]  [    ]  [    ]   10 ▾

| Image | Doc # | Action Date | Description | Pages |
|---|---|---|---|---|
| | 15 | 09/27/2021 | Answer And Affirmative Defense FILED BY DEFENDANT | 10 |
| | 14 | 09/23/2021 | Motion For Extension Of Time FILED BY WAL-MART INC | 3 |
| | 13 | 09/20/2021 | Return of Service on Summons Served ON STANLEY BLACK AND DECKER INC 090721 | 1 |
| | 12 | 09/20/2021 | Return of Service on Summons Served ON WAL-MART INC 090321 | 5 |
| | 11 | 09/08/2021 | Notice Of Appearance DF | 2 |
| | 10 | 08/31/2021 | Summons Issued And Returned To ATTY | 4 |
| | 9 | 08/31/2021 | Summons Issued And Returned To ATTY | 4 |
| | 8 | 08/30/2021 | Summons to be Issued by Clerk | 4 |
| | 7 | 08/30/2021 | Summons to be Issued by Clerk | 4 |
| | 6 | 08/19/2021 | Case Progress Notes $ 20.00 SUMMONS FEE IS DUE. | |

## Judge Assignment History

## Court Events

## Financial Summary

## Reopen History

** Pursuant to Florida Statutes and Florida Rules of Court Procedure, records that have been designated as expunged, sealed or confidential may not be available through this service. For additional information on specific records please contact the Clerk of Court.

Filing # 132931573 E-Filed 08/18/2021 01:45:07 PM

**IN THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PASCO COUNTY, FLORIDA
CIVIL DIVISION**

QAISAR KHAN,                            )
    Plaintiff,                         )
                    )     CASE NO.:
                    )
vs.                                     )
                    )
WAL-MART, INC. and                      )
STANLEY BLACK & DECKER, INC. d/b/a      )
STANLEY ACCESS TECHNOLOGIES, LLC        )
    Defendants.                        )

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, QAISAR KHAN, through undersigned counsel, hereby sue Defendants, WAL-MART, INC. and STANLEY BLACK & DECKER, INC. d/b/a STANLEY ACCESS TECHNOLOGIES, LLC, and alleges as follows:

### JURISDICTION AND VENUE

1.      This is an action for damages in excess of thirty thousand dollars ($30,000.00) exclusive of interests and costs.

2.      Venue is proper in this Court as the incident that is the subject of this lawsuit occurred in Pasco County, Florida.

### PARTIES

3.      At all times material to this action, Defendant, WAL-MART, INC. ("WAL-MART"), was a foreign for-profit corporation doing business in the State of Florida as the owner and operator of the Wal-Mart retail store, #0706, located at 7631 Gall Boulevard, Zephyrhills, FL 33541 ("Store #0706").

4.      At all times material to this action, Defendant, STANLEY BLACK & DECKER, INC. d/b/a STANLEY ACCESS TECHNOLOGIES, LLC ("STANLEY"), was a foreign for-

profit corporation doing business in the State of Florida as the manufacturer, installer, and servicer of automatic doors for retail stores, including the automatic doors at Store #0706.

## GENERAL ALLEGATIONS

5.      On or prior to February 2, 2018, Defendant, WAL-MART, contracted with Defendant, STANLEY, to install automatic doors at the front entrance of Store #0706.

6.      On or prior to February 2, 2018, Defendant, STANLEY, installed the automatic doors at the front entrance of Store #0706. The automatic doors at the front entrance included a metal track along the floor.

7.      On or about February 2, 2018, Plaintiff was a business invitee, using a wheelchair to access the automatic doors at the front entrance of Store #0706.

8.      At that time and place, as Plaintiff attempted to access the automatic doors at the front entrance of Store #0706, the metal track along the floor came loose, causing the wheels of Plaintiff's wheelchair to get caught and the wheelchair to overturn. Plaintiff suffered bodily injury when his wheelchair overturned.

## COUNT I
## NEGLIGENCE CLAIM AGAINST DEFENDANT, WAL-MART

Plaintiff re-alleges and incorporates paragraphs 1 through 8 as though fully set forth herein.

9.      At all times material to this action, Defendant, WAL-MART, owed business invitees to Store #0706, including Plaintiff, a non-delegable duty to maintain the front entrance, including the metal track of the automatic doors, of Store #0706 in a reasonably safe condition, free from hazards.

10.     At all times material to this action, Defendant, WAL-MART, owed business invitees to Store #0706, including Plaintiff, a non-delegable duty to correct a dangerous

condition, i.e., a loose, metal door track, at the front entrance of Store #0706 about which Defendant either knew or should have known, by the use of reasonable care.

11.     At all times material to this action, Defendant, WAL-MART, owed business invitees to Store #0706, including Plaintiff, a non-delegable duty to warn of a dangerous condition, i.e., a loose, metal door track, at the front entrance of Store #0706 about which Defendant had, or should have had, knowledge greater than that of the invitee.

12.     At all times material to this action, Defendant breached these duties to Plaintiff in one or more of the following ways:

      a.  by failing to maintain the front entrance, including the metal track of the automatic doors, of Store #0706 in a reasonably safe condition, free from hazards;

      b.  by failing to correct a dangerous condition, i.e., a loose, metal door track, at the front entrance of Store #0706 about which Defendant either knew or should have known, by the use of reasonable care;

      c.  by failing to warn Plaintiff of the dangerous condition, i.e., a loose, metal door track, at the front entrance of Store #0706 about which Defendant had, or should have had, knowledge greater than that of Plaintiff;

      d.  by failing to have in place, or failing to abide by, policies to ensure that the front entrance, including the metal track of the automatic doors, of Store #0706 remained in a reasonably safe condition, free from hazards;

13.     As a direct and proximate result of the negligence of Defendant, WAL-MART, Plaintiff has suffered bodily injury, the expense of hospitalization and medical and nursing care and treatment, loss of earnings, resulting pain and suffering, disability or physical impairment,

loss of important bodily function, aggravation of a disease or physical defect, disfigurement, mental anguish, inconvenience, or loss of capacity for the enjoyment of life. These losses are permanent in nature, and Plaintiff will continue to suffer such losses into the future.

**COUNT II**
**NEGLIGENCE CLAIM AGAINST DEFENDANT, STANLEY**

Plaintiff re-alleges and incorporates paragraphs 1 through 8 as though fully set forth herein.

14.     At all times material to this action, Defendant, STANLEY, owed business invitees to Store #0706, including Plaintiff, a duty to install the automatic doors, including the metal track, in a reasonably safe manner, free from hazards.

15.     At all times material to this action, Defendant, STANLEY, owed business invitees to Store #0706, including Plaintiff, a duty to maintain the automatic doors, including the metal track, at the front entrance of Store #0706 in a reasonably safe condition, free from hazards.

16.     At all times material to this action, Defendant, STANLEY, owed business invitees to Store #0706, including Plaintiff, a duty to correct a dangerous condition, i.e., a loose, metal door track, at the front entrance of Store #0706 about which Defendant either knew or should have known, by the use of reasonable care.

17.     At all times material to this action, Defendant, STANLEY, owed business invitees to Store #0706, including Plaintiff, a duty to warn of a dangerous condition, i.e., a loose, metal door track, at the front entrance of Store #0706 about which Defendant had, or should have had, knowledge greater than that of the invitee.

18.     At all times material to this action, Defendant breached these duties to Plaintiff in one or more of the following ways:

a.  by failing to maintain the automatic doors, including the metal track, at the front entrance of Store #0706 in a reasonably safe condition, free from hazards;

b.  by failing to correct a dangerous condition, i.e., a loose, metal door track, at the front entrance of Store #0706 about which Defendant either knew or should have known, by the use of reasonable care;

c.  by failing to warn Plaintiff of the dangerous condition, i.e., a loose, metal door track, at the front entrance of Store #0706 about which Defendant had, or should have had, knowledge greater than that of Plaintiff;

d.  by failing to have in place, or failing to abide by, policies to ensure that the automatic doors, including the metal track, at the front entrance of Store #0706 remained in a reasonably safe condition, free from hazards;

19.  As a direct and proximate result of the negligence of Defendant, STANLEY, Plaintiff has suffered bodily injury, the expense of hospitalization and medical and nursing care and treatment, loss of earnings, resulting pain and suffering, disability or physical impairment, loss of important bodily function, aggravation of a disease or physical defect, disfigurement, mental anguish, inconvenience, or loss of capacity for the enjoyment of life. These losses are permanent in nature, and Plaintiff will continue to suffer such losses into the future.

## REQUEST FOR RELIEF AND FOR JURY TRIAL

WHEREFORE, Plaintiff, QAISAR KHAN, demands judgment for damages against Defendants, WAL-MART, INC. and STANLEY BLACK & DECKER, INC. d/b/a STANLEY ACCESS TECHNOLOGIES, LLC, for damages in an amount in excess of thirty thousand dollars ($30,000.00), together with interest and costs, and demands a trial by jury of all issues so triable.

**DATED: August 18, 2021**

Respectfully submitted,

**FULGENCIO LAW, PLLC**
Felipe B. Fulgencio, FBN: 95961
Felipe@FulgencioLaw.com
Courtney A. Umberger, FBN: 88240
CU@FulgencioLaw.com
Christopher W. Mathena, FBN: 117156
CMathena@FulgencioLaw.com
105 S. Edison Avenue
Tampa, FL 33606
Phone: 813.463.0123
Fax: 813.670.1288
Counsel for Plaintiff

IN THE SIXTH JUDICIAL CIRCUIT IN AND FOR PASCO COUNTY, FLORIDA CIVIL
DIVISION

QAISAR KHAN,                              CASE NO.:  2021-CA-001921

      Plaintiff,

vs.

WAL-MART, INC. and STANLEY BLACK
& DECKER, INC. d/b/a STANLEY
ACCESS TECHNOLOGIES, LLC,

      Defendant.

_____/

### DEFENDANT, STANLEY ACCESS TECHNOLOGIES, LLC'S, ANSWER TO COMPLAINT, AFFIRMATIVE DEFENSES, DEMAND FOR JURY TRIAL, AND NOTICE OF COMPLIANCE WITH RULE 2.516, FLA. R. JUD. ADMIN., DESIGNATION OF PRIMARY AND SECONDARY E-MAIL ADDRESSES

Defendant, STANLEY BLACK AND DECKER, INC., d/b/s STANLEY ACCESS
TECHNOLOGIES, LLC ("SAT" or "Defendant") by and through its undersigned counsel and
pursuant to Florida Rule of Civil procedure 1.110, hereby files its Answer, Affirmative Defenses,
and Demand for Jury Trial to Plaintiffs' Complaint served August 18, 2021, as follows:

### JURISDICTION AND VENUE

1.      Defendant admits for jurisdictional purposes only that Plaintiffs seek damages in
excess of this Court's jurisdictional limit, but denies the amount stated in the Complaint.

2.      Defendant is without knowledge or information sufficient to form a belief as to the
matters asserted in paragraph 2; therefore, it denies said allegations and demands strict proof
thereof.

**PARTIES**

3.      The allegations in this paragraph are directed to a defendant other than SAT; therefore, no response is required. If a response is needed, SAT denies the allegations contained in this paragraph and demands strict proof thereof.

4.      SAT admits that it is a foreign corporation, which is incorporated under the laws of the State of Delaware, with its principal place of business in Connecticut, licensed to conduct business in Florida and further admits that it manufactured and installed an automatic door bearing ID No. WM-0706-06 at the subject Wal-Mart store.  SAT denies any remaining allegations of this paragraph.

**GENERAL ALLEGATIONS**

5.      SAT admits it manufactured and installed an automatic door bearing ID No. WM-0706-06 at the subject Wal-Mart store.  SAT denies any remaining allegations of this paragraph.

6.      SAT admits it manufactured and installed an automatic door bearing ID No. WM-0706-06 at the subject Wal-Mart store.  SAT denies any remaining allegations of this paragraph.

7.      SAT is without knowledge or information sufficient to form a belief as to the matters asserted in paragraph 7; therefore, it denies said allegations and demands strict proof thereof.

8.      SAT is without knowledge or information sufficient to form a belief as to the matters asserted in paragraph 8; therefore, it denies said allegations and demands strict proof thereof.

## COUNT I
## NEGLIGENCE CLAIM AGAINST DEFENDANT, WAL-MART

Defendant incorporates by reference herein its responses to paragraphs 1 through 8 above.

9.     The allegations in this paragraph are directed to a defendant other than SAT; therefore, no response is required. However, to the extent the allegations are directed to or implicate this Defendant, the allegations are conclusions of law and not allegations of fact; therefore, no response is required. If a response is needed, SAT denies the allegations contained in this paragraph and demands strict proof thereof.

10.     The allegations in this paragraph are directed to a defendant other than SAT; therefore, no response is required. However, to the extent the allegations are directed to or implicate this Defendant, the allegations are conclusions of law and not allegations of fact; therefore, no response is required. If a response is needed, SAT denies the allegations contained in this paragraph and demands strict proof thereof.

11.     The allegations in this paragraph are directed to a defendant other than SAT; therefore, no response is required. However, to the extent the allegations are directed to or implicate this Defendant, the allegations are conclusions of law and not allegations of fact; therefore, no response is required. If a response is needed, SAT denies the allegations contained in this paragraph and demands strict proof thereof.

12.     The allegations in this paragraph, including all subparagraphs, are directed to a defendant other than SAT; therefore, no response is required. If a response is needed, SAT denies the allegations contained in this paragraph and demands strict proof thereof.

13.     The allegations in this paragraph are directed to a defendant other than SAT; therefore, no response is required. If a response is needed, SAT denies the allegations contained

in this paragraph and demands strict proof thereof.

## COUNT II
## NEGLIGENCE CLAIM AGAINST DEFENDANT, STANLEY

Defendant incorporates by reference herein its responses to paragraphs 1 through 8 above.

14.    The allegations in this paragraph are conclusions of law and not allegations of fact; therefore, no response is required. To the extent any response is required, SAT denies the allegations and demands strict proof thereof.

15.    The allegations in this paragraph are conclusions of law and not allegations of fact; therefore, no response is required. To the extent any response is required, SAT denies the allegations and demands strict proof thereof.

16.    The allegations in this paragraph are conclusions of law and not allegations of fact; therefore, no response is required. To the extent any response is required, SAT denies the allegations and demands strict proof thereof.

17.    The allegations in this paragraph are conclusions of law and not allegations of fact; therefore, no response is required. To the extent any response is required, SAT denies the allegations and demands strict proof thereof.

18.    SAT denies the allegations of paragraph 18, including all subparagraphs, and demands strict proof thereof.

19.    SAT denies the allegations of paragraph 19 and demands strict proof thereof.

## DEFENSES AND AFFIRMATIVE DEFENSES

By way of defenses and affirmative defenses, SAT asserts the following:

**FIRST DEFENSE**

SAT may be entitled to a set-off for all sums of money recovered by or on behalf of Plaintiff by way of settlement, judgment or agreement or otherwise entered into and received by Plaintiff from any party or non-party to this action arising out of the accident and/or damages complained of.

**SECOND DEFENSE**

SAT states that the injuries and damages alleged in Plaintiff's Complaint may have been caused by an intervening, superseding cause for which SAT is in no way liable.  Plaintiff is therefore not entitled to recover from SAT in this action.

**THIRD DEFENSE**

SAT states that the sole proximate cause of the injuries and damages alleged in Plaintiff's Complaint may have been the actions, non-actions, or negligence of a person or persons other than SAT for whose actions, non-actions, or negligence SAT is in no way liable.  Plaintiff is therefore not entitled to recover from SAT in this action.

**FOURTH DEFENSE**

Plaintiff's alleged injuries are the result of a pre-existing and/or an independent medical condition, and accordingly, Plaintiff is barred from recovery.

**FIFTH DEFENSE**

SAT submits that the damages for which Plaintiff seeks recovery may be due to and proximately caused by the modification or alteration of the subject automatic door, which bars Plaintiff's recovery against SAT.

## SIXTH DEFENSE

SAT submits that the damages for which Plaintiff seeks recovery may be due to, and proximately caused by, Plaintiff's failure to use ordinary care for his own safety.

## SEVENTH DEFENSE

Plaintiff failed to mitigate damages, if any, in the manner required by the law of Florida.

## EIGHTH DEFENSE

SAT refers to and incorporates herein by reference the terms, limitations, disclaimers and exclusions of any warranties issued with the sale of the subject automatic door.

## NINTH DEFENSE

Plaintiff's claims are barred in whole or in part because the injuries complained of are the result of third parties over whom SAT had no control. SAT will identify any other such entities and/or persons with as much particularity as is feasible as discovery progresses, and in sufficient time to allow Plaintiff to respond.  Thus, Plaintiff's claims should be barred or proportionately reduced by the negligent acts of such known or unknown third parties.

## TENTH DEFENSE

SAT denies that the subject automatic door or any of its components were defective at the time that the automatic door left its possession, custody or control, and denies that it is in any way responsible for Plaintiff's alleged injuries. SAT demands strict proof thereof.

## ELEVENTH DEFENSE

SAT submits that the subject automatic door complied with all federal safety standards, laws and/or regulations applicable to it, permitting assertion of the government rules defense pursuant to Florida Statutes section 768.1256.

**TWELFTH DEFENSE**

SAT submits that the subject automatic door was designed, manufactured and assembled consistent with the prevailing industry customs and practices; therefore, Plaintiff cannot recover against SAT.

**THIRTEENTH DEFENSE**

The subject automatic door made the basis of this lawsuit, conformed to the state of the art in the automatic slide door industry at the time of its design, manufacture and assembly, permitting assertion of the state of the art defense pursuant to Florida Statutes section 768.1257.

**FOURTEENTH DEFENSE**

This action is governed by Florida Statutes section 768.81, and Plaintiff's recovery, if any, must be diminished by that percentage of fault attributable to Plaintiff and other parties or non-parties to this case. SAT's liability, if any, is limited to its percentage of responsibility for Plaintiff's damages, and not on the basis of joint and several liabilities.

**FIFTEENTH DEFENSE**

Pursuant to Florida Statutes section 768.76, SAT is entitled to a set off from any recovery against it to the extent of the value of all benefits paid or payable to, or on behalf of Plaintiff by any collateral source.

**SIXTEENTH DEFENSE**

To the extent there has been any spoliation of evidence, SAT submits it has been prejudiced in its defense to the extent evidence relevant to this case has been destroyed, spoliated or altered by others.

### SEVENTEENTH DEFENSE

SAT contests the damages asserted in this case and demands strict proof thereof.

### EIGHTEENTH DEFENSE

SAT denies that the subject automatic door was defective or unreasonably dangerous, and demands strict proof thereof.

### NINETEENTH DEFENSE

If SAT is found to be negligent as alleged in Plaintiff's Complaint, which SAT specifically denies, the negligence of SAT is not the direct and proximate cause of any injury alleged by Plaintiff; therefore, SAT is not liable for any damages alleged by Plaintiff.

### TWENTIETH DEFENSE

The condition alleged to exist in Plaintiff's Complaint was open and obvious and was as well-known to Plaintiff as it was to this Defendant.  Accordingly, Plaintiff's claims should be denied in their entirety, or in the alternative, this Defendant's liability should be proportionately reduced by the open and obvious nature of the condition.

### TWENTY-FIRST DEFENSE

Plaintiff's Complaint fails to state a cause of action upon which relief can be afforded.

### TWENTY-SECOND DEFENSE

Prior to the incident at issue, SAT did not have notice or knowledge of any alleged condition that could have caused the incident at issue.

## RESERVATION OF RIGHT TO ASSERT DEFENSES

SAT expressly reserves the right to assert all other affirmative defenses that become known to it through the course of discovery in this matter by seeking leave to amend or by consent of the parties as permitted by the rules.

## TRIAL DEMAND

STANLEY ACCESS TECHNOLOGIES, LLC, demands trial by jury on all issues so triable.

WHEREFORE, having fully answered Plaintiff's Complaint, STANLEY ACCESS TECHNOLOGIES, LLC, prays that the Complaint be dismissed, with prejudice, and for such other and further relief as the Court may deem just and proper.

Further, counsel for said Defendant, STANLEY ACCESS TECHNOLOGIES, LLC, hereby serves this its Notice of Compliance with Rule 2.516, FLA. R. JUD. ADMIN., and designates the following e-mail addresses for "Service of Document(s)" pursuant to said Rule:

PRIMARY E-MAIL:      mwiggins@mtwlegal.com
SECONDARY E-MAIL:    e.service@mtwlegal.com

Effective **September 1, 2012**, opposing counsel is directed to utilize both e-mail addresses when serving documents or pleadings as required by Rule 2.516, FLA. R. JUD. ADMIN.  It should be noted that the secondary e-mail address is a mailbox used solely for service and is unattended.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of Court by using the Florida Courts eFiling Portal and a true copy served via the Portal and electronic mail on September 27, 2021 to:

Felipe B. Fulgencio, Esq., Felipe@FulgencioLaw.com; Courtney A. Umberger, Esq., CU@FulgencioLaw.com; Christopher W. Mathena, Esq., CMathena@FulgencioLaw.com, FULGENCIO LAW, PLLC, 105 S. Edison Avenue, Tampa, Florida 33606, *Attorneys for Plaintiff*

/s/ Colby Nicole Ferris

MICHAEL J. WIGGINS, ESQ.
Florida Bar No. 0818860
COLBY NICOLE FERRIS, ESQ.
Florida Bar No. 0084168
MCDONALD TOOLE WIGGINS, P.A.
111 N. Magnolia Avenue, Suite 1200
Orlando, FL  32801
Telephone: (407) 246-1800
Facsimile: (407) 246-1895
Primary Service Emails: mwiggins@mtwlegal.com
cferris@mtwlegal.com
Secondary Service Emails:
e.service@mtwlegal.com
KhanvStanleyBlackDecker@mtwlegal.com
*Attorneys for Defendant, Stanley Black & Decker*

### IN THE SIXTH JUDICIAL CIRCUIT
### IN AND FOR PASCO COUNTY, FLORIDA
### CIVIL DIVISION

| | | |
|---|---|---|
| QAISAR KHAN, | ) | |
|     Plaintiff, | ) | |
| | ) | CASE NO.: |
| vs. | ) | |
| | ) | |
| WAL-MART, INC. and | ) | |
| STANLEY BLACK & DECKER, INC. d/b/a | ) | |
| STANLEY ACCESS TECHNOLOGIES, LLC | ) | |
|     Defendants. | ) | |

### SUMMONS

THE STATE OF FLORIDA:

To Each Sheriff of the State:

    **YOU ARE COMMANDED** to serve this summons and a copy of the complaint or petition in this action on defendant:

### C T CORPORATION SYSTEM as REGISTERED AGENT of
### WAL-MART, INC.
### 1200 South Pine Island Road
### Plantation, FL 33324

    Each defendant is required to serve written defenses to the complaint or petition on **FELIPE B. FULGENCIO**, Plaintiff's attorney, whose address is **105 SOUTH EDISON AVENUE, TAMPA, FL 33606**, within 20[1] days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

    **DATED** on August 18, 2021

| | | |
|---|---|---|
| Attorney: | FELIPE B. FULGENCIO | NIKKI ALVAREZ-SOWLES |
| Attorney For: | PLAINTIFF | as Clerk of the Court |
| Address: | 105 S. EDISON AVE. | |
| | TAMPA FL 33606 | By: _____ |
| Florida Bar No: | 95961 |     as Deputy Clerk |

---

[1] Except when suit is brought pursuant to section 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to be inserted as to it is 40 days. When suit is brought pursuant to section 768.28, Florida Statutes, the time to be inserted is 30 days.

IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

**Please note: If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact either the Pasco County Customer Service Center, 8731 Citizens Drive, New Port Richey, FL 34654, (727) 847-2411 (V), or the Pasco County Risk Management Office, 7536 State Street, New Port Richey, FL 34654, (727) 847-8028 (V) at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica no lo protegerá. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, deberá usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

**Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con Centro de Servicio al Cliente del Condado de Pasco, 8731 Citizens Drive, New Port Richey, FL 34654, (727) 847-2411 (V), o la Oficina de Gestion de Riesgos del Condado de Pasco, 7536 State Street, New Port Richey, FL 34654, (727) 847-8028 (V), por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación**

si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711.

IMPORTANT

Des poursuites judiciares ont été entreprises contre vous. Vous avez 20 jours consécutifs à partir de la date de l'assignation de cette citation pour déposer une réponse écrite a la plainte ci-jointe auprès de ce tribunal. Un simple coup de téléphone est insuffisant pour vous protéger. Vous êtes obliges de déposer votre réponse écrite, avec mention du numéro de dossier ci-dessus et du nom des parties nommées ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne déposez pas votre réponse écrite dans le relai requis, vous risquez de perdre la cause ainsi que Florida Rules of Civil Procedure February 2, 2021 159 votre salaire, votre argent, et vos biens peuvent être saisis par la suite, sans aucun préavis ultérieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requérir les services immédiats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez téléphoner à un service de référence d'avocats ou à un bureau d'assistance juridique (figurant à l'annuaire de téléphones).

Si vous choisissez de déposer vous-même une réponse écrite, il vous faudra également, en meme temps que cette formalité, faire parvenir ou expédier une copie de votre réponse écrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou à son avocat) nomme ci-dessous.

**Si vous êtes une personne handicapée qui a besoin de mesures d'adaptation pour participer à cette procédure, vous avez droit, sans frais pour vous, à une certaine assistance. Veuillez contacter Centre de Service Client du Comte de Pasco, 8731 Citizens Drive, New Port Richey, FL 34654, (727) 847-2411 (V), ou Bureau de Gestion des Risques du Comte de Pasco, 7536 State Street, New Port Richey, FL 34654, (727) 847-8028 (V) au moins 7 jours avant votre comparution prévue au tribunal, ou immédiatement après avoir reçu cette notification si le délai avant la comparution prévue est inférieur à 7 jours; si vous êtes malentendant ou avez un trouble de la parole, appelez le 711.**

ENPOTAN

Pwosedi legal yo te pran kont ou. Ou gen 20 jou konsekitif ki soti nan dat konklizyon sa a pou ou ranpli yon repons alekri pou plent sa a nan tribinal sa a. Yon apel telefon ki senp se pa ase pou pwoteje ou. Ou oblije ranpli repons alekri ou a, ak nimewo a dosye pi wo a ak non pati yo ki te nonmen isit la, si ou vle tribinal la tande ka w la. Si ou pa ranpli repons alekri ou nan rele egzije a, ou riske pedi koz la ak sale ou, lajan ou, ak pwopriyete ou yo ka mete men sou pita, san okenn lot avi nan tribinal la. Gen lot obligasyon legal epi ou ka mande sevis imedya yon avoka. Si ou pa konnen yon avoka, ou ka rele yon sèvis referans avoka oswa yon biwo ed legal (ki nan lis nan anye telefon).

Si ou chwazi pou ou soumet yon repons alekri tet ou, ou pral bezwen tou voye oswa voye yon kopi repons ekri ou nan fòm sa a an menm tan an tankou fomalite sa a "Avoka Pleyan/ Pwokire a" (Pleyan oswa avoka li) non anba a.

**Si ou se yon moun ki enfim ki bezwen akomodasyon pou w kab patisipe nan pwosedi sa a, ou gen dwa, san ou pa bezwen peye okenn lajan, pou w jwenn yon sèten èd. Tanpri kontakte, Kòdonatris pwogram Lwa Ameriken pou Moun ki Enfim yo nan Sant Sevis**

**Kliyan Konte Pasco, 8731 Citizens Drive, New Port Richey, FL 34654, (727) 847-2411 (V), oswa Biwo Jesyon Konte Pasco, 7536 State Street, New Port Richey, FL 34654, (727) 847-8028 (V), fè sa omwen 7 jou anvan dat ou gen randevou pou parèt nan Tribinal la, oswa fè sa imedyatman apre ou fin resevwa konvokasyon an si dat ou gen pou w parèt nan tribinal la mwens pase 7 jou; si ou gen pwoblèm pou w tande byen oswa pou w pale klè, rele 711.**



### IN THE SIXTH JUDICIAL CIRCUIT
### IN AND FOR PASCO COUNTY, FLORIDA
### CIVIL DIVISION

| | | |
|---|---|---|
| QAISAR KHAN, | ) | |
|     Plaintiff, | ) | |
| | ) | CASE NO.: |
| vs. | ) | |
| | ) | |
| WAL-MART, INC. and | ) | |
| STANLEY BLACK & DECKER, INC. d/b/a | ) | |
| STANLEY ACCESS TECHNOLOGIES, LLC | ) | |
|     Defendants. | ) | |

### **SUMMONS**

THE STATE OF FLORIDA:

To Each Sheriff of the State:

    **YOU ARE COMMANDED** to serve this summons and a copy of the complaint or petition in this action on defendant:

### C T CORPORATION SYSTEM as REGISTERED AGENT of
### WAL-MART, INC.
### 1200 South Pine Island Road
### Plantation, FL 33324

    Each defendant is required to serve written defenses to the complaint or petition on **FELIPE B. FULGENCIO**, Plaintiff's attorney, whose address is **105 SOUTH EDISON AVENUE, TAMPA, FL 33606**, within 20[1] days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

    **DATED** on August 30, 2021

| | | |
|---|---|---|
| Attorney: | FELIPE B. FULGENCIO | NIKKI ALVAREZ-SOWLES |
| Attorney For: | PLAINTIFF | as Clerk of the Court |
| Address: | 105 S. EDISON AVE. | |
| | TAMPA FL 33606 | By: _____ |
| Florida Bar No: | 95961 |     as Deputy Clerk |

---

[1] Except when suit is brought pursuant to section 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to be inserted as to it is 40 days. When suit is brought pursuant to section 768.28, Florida Statutes, the time to be inserted is 30 days.

IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

**Please note: If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact either the Pasco County Customer Service Center, 8731 Citizens Drive, New Port Richey, FL 34654, (727) 847-2411 (V), or the Pasco County Risk Management Office, 7536 State Street, New Port Richey, FL 34654, (727) 847-8028 (V) at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica no lo protegerá. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, deberá usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

**Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con Centro de Servicio al Cliente del Condado de Pasco, 8731 Citizens Drive, New Port Richey, FL 34654, (727) 847-2411 (V), o la Oficina de Gestion de Riesgos del Condado de Pasco, 7536 State Street, New Port Richey, FL 34654, (727) 847-8028 (V), por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación**

**si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711.**

IMPORTANT

Des poursuites judiciares ont été entreprises contre vous. Vous avez 20 jours consécutifs à partir de la date de l'assignation de cette citation pour déposer une réponse écrite a la plainte ci-jointe auprès de ce tribunal. Un simple coup de téléphone est insuffisant pour vous protéger. Vous êtes obliges de déposer votre réponse écrite, avec mention du numéro de dossier ci-dessus et du nom des parties nommées ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne déposez pas votre réponse écrite dans le relai requis, vous risquez de perdre la cause ainsi que Florida Rules of Civil Procedure February 2, 2021 159 votre salaire, votre argent, et vos biens peuvent être saisis par la suite, sans aucun préavis ultérieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requérir les services immédiats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez téléphoner à un service de référence d'avocats ou à un bureau d'assistance juridique (figurant à l'annuaire de téléphones).

Si vous choisissez de déposer vous-même une réponse écrite, il vous faudra également, en meme temps que cette formalité, faire parvenir ou expédier une copie de votre réponse écrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou à son avocat) nomme ci-dessous.

**Si vous êtes une personne handicapée qui a besoin de mesures d'adaptation pour participer à cette procédure, vous avez droit, sans frais pour vous, à une certaine assistance. Veuillez contacter Centre de Service Client du Comte de Pasco, 8731 Citizens Drive, New Port Richey, FL 34654, (727) 847-2411 (V), ou Bureau de Gestion des Risques du Comte de Pasco, 7536 State Street, New Port Richey, FL 34654, (727) 847-8028 (V) au moins 7 jours avant votre comparution prévue au tribunal, ou immédiatement après avoir reçu cette notification si le délai avant la comparution prévue est inférieur à 7 jours; si vous êtes malentendant ou avez un trouble de la parole, appelez le 711.**

ENPOTAN

Pwosedi legal yo te pran kont ou. Ou gen 20 jou konsekitif ki soti nan dat konklizyon sa a pou ou ranpli yon repons alekri pou plent sa a nan tribinal sa a. Yon apel telefon ki senp se pa ase pou pwoteje ou. Ou oblije ranpli repons alekri ou a, ak nimewo a dosye pi wo a ak non pati yo ki te nonmen isit la, si ou vle tribinal la tande ka w la. Si ou pa ranpli repons alekri ou nan rele egzije a, ou riske pedi koz la ak sale ou, lajan ou, ak pwopriyete ou yo ka mete men sou pita, san okenn lot avi nan tribinal la. Gen lot obligasyon legal epi ou ka mande sevis imedya yon avoka. Si ou pa konnen yon avoka, ou ka rele yon sèvis referans avoka oswa yon biwo ed legal (ki nan lis nan anye telefon).

Si ou chwazi pou ou soumet yon repons alekri tet ou, ou pral bezwen tou voye oswa voye yon kopi repons ekri ou nan fòm sa a an menm tan an tankou fomalite sa a "Avoka Pleyan/ Pwokire a" (Pleyan oswa avoka li) non anba a.

**Si ou se yon moun ki enfim ki bezwen akomodasyon pou w kab patisipe nan pwosedi sa a, ou gen dwa, san ou pa bezwen peye okenn lajan, pou w jwenn yon sèten èd. Tanpri kontakte, Kòdonatris pwogram Lwa Amerik^en pou Moun ki Enfim yo nan Sant Sevis**

**Kliyan Konte Pasco, 8731 Citizens Drive, New Port Richey, FL 34654, (727) 847-2411 (V), oswa Biwo Jesyon Konte Pasco, 7536 State Street, New Port Richey, FL 34654, (727) 847-8028 (V), fè sa omwen 7 jou anvan dat ou gen randevou pou parèt nan Tribinal la, oswa fè sa imedyatman apre ou fin resevwa konvokasyon an si dat ou gen pou w parèt nan tribinal la mwens pase 7 jou; si ou gen pwoblèm pou w tande byen oswa pou w pale klè, rele 711.**



## IN THE SIXTH JUDICIAL CIRCUIT
## IN AND FOR PASCO COUNTY, FLORIDA
## CIVIL DIVISION

| | |
|---|---|
| QAISAR KHAN,         ) | |
|     Plaintiff,        ) | |
|                ) | CASE NO.: |
| vs.             ) | |
|                ) | |
| WAL-MART, INC. and      ) | |
| STANLEY BLACK & DECKER, INC. d/b/a    ) | |
| STANLEY ACCESS TECHNOLOGIES, LLC    ) | |
|     Defendants.       ) | |

## SUMMONS

THE STATE OF FLORIDA:

To Each Sheriff of the State:

     **YOU ARE COMMANDED** to serve this summons and a copy of the complaint or petition in this action on defendant:

### CORPORATION SERVICE COMPANY as REGISTERED AGENT of
### STANLEY BLACK & DECKER, INC. d/b/a
### STANLEY ACCESS TECHNOLOGIES, LLC
### 1201 Hays Street
### Tallahassee, FL 32301

     Each defendant is required to serve written defenses to the complaint or petition on **FELIPE B. FULGENCIO**, Plaintiff's attorney, whose address is **105 SOUTH EDISON AVENUE, TAMPA, FL 33606**, within 20[1] days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

     **DATED** on August 30, 2021.

| | | |
|---|---|---|
| Attorney: | FELIPE B. FULGENCIO | NIKKI ALVAREZ-SOWLES |
| Attorney For: | PLAINTIFF | as Clerk of the Court |
| Address: | 105 S. EDISON AVE. | |
| | TAMPA FL 33606 | By: _____ |
| Florida Bar No: | 95961 |      as Deputy Clerk |

---

[1] Except when suit is brought pursuant to section 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to be inserted as to it is 40 days. When suit is brought pursuant to section 768.28, Florida Statutes, the time to be inserted is 30 days.

IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

**Please note: If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact either the Pasco County Customer Service Center, 8731 Citizens Drive, New Port Richey, FL 34654, (727) 847-2411 (V), or the Pasco County Risk Management Office, 7536 State Street, New Port Richey, FL 34654, (727) 847-8028 (V) at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica no lo protegerá. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, deberá usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

**Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con Centro de Servicio al Cliente del Condado de Pasco, 8731 Citizens Drive, New Port Richey, FL 34654, (727) 847-2411 (V), o la Oficina de Gestion de Riesgos del Condado de Pasco, 7536 State Street, New Port Richey, FL 34654, (727) 847-8028 (V), por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si**

el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711.

IMPORTANT

Des poursuites judiciares ont été entreprises contre vous. Vous avez 20 jours consécutifs à partir de la date de l'assignation de cette citation pour déposer une réponse écrite a la plainte ci-jointe auprès de ce tribunal. Un simple coup de téléphone est insuffisant pour vous protéger. Vous êtes obliges de déposer votre réponse écrite, avec mention du numéro de dossier ci-dessus et du nom des parties nommées ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne déposez pas votre réponse écrite dans le relai requis, vous risquez de perdre la cause ainsi que Florida Rules of Civil Procedure February 2, 2021 159 votre salaire, votre argent, et vos biens peuvent être saisis par la suite, sans aucun préavis ultérieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requérir les services immédiats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez téléphoner à un service de référence d'avocats où à un bureau d'assistance juridique (figurant à l'annuaire de téléphones).

Si vous choisissez de déposer vous-même une réponse écrite, il vous faudra également, en meme temps que cette formalité, faire parvenir ou expédier une copie de votre réponse écrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou à son avocat) nomme ci-dessous.

**Si vous êtes une personne handicapée qui a besoin de mesures d'adaptation pour participer à cette procédure, vous avez droit, sans frais pour vous, à une certaine assistance. Veuillez contacter Centre de Service Client du Comte de Pasco, 8731 Citizens Drive, New Port Richey, FL 34654, (727) 847-2411 (V), ou Bureau de Gestion des Risques du Comte de Pasco, 7536 State Street, New Port Richey, FL 34654, (727) 847-8028 (V) au moins 7 jours avant votre comparution prévue au tribunal, ou immédiatement après avoir reçu cette notification si le délai avant la comparution prévue est inférieur à 7 jours; si vous êtes malentendant ou avez un trouble de la parole, appelez le 711.**

ENPOTAN

Pwosedi legal yo te pran kont ou. Ou gen 20 jou konsekitif ki soti nan dat konklizyon sa a pou ou ranpli yon repons alekri pou plent sa a nan tribinal sa a. Yon apel telefon ki senp se pa ase pou pwoteje ou. Ou oblije ranpli repons alekri ou a, ak nimewo a dosye pi wo a ak non pati yo ki te nonmen isit la, si ou vle tribinal la tande ka w la. Si ou pa ranpli repons alekri ou nan rele egzije a, ou riske pedi koz la ak sale ou, lajan ou, ak pwopriyete ou yo ka mete men sou pita, san okenn lot avi nan tribinal la. Gen lot obligasyon legal epi ou ka mande sevis imedya yon avoka. Si ou pa konnen yon avoka, ou ka rele yon sèvis referans avoka oswa yon biwo ed legal (ki nan lis nan anye telefon).

Si ou chwazi pou ou soumet yon repons alekri tet ou, ou pral bezwen tou voye oswa voye yon kopi repons ekri ou nan fòm sa a an menm tan an tankou fomalite sa a "Avoka Pleyan/ Pwokire a" (Pleyan oswa avoka li) non anba a.

**Si ou se yon moun ki enfim ki bezwen akomodasyon pou w kab patisipe nan pwosedi sa a, ou gen dwa, san ou pa bezwen peye okenn lajan, pou w jwenn yon sèten èd. Tanpri kontakte. Kòdonatris pwogram Lwa Ameriken pou Moun ki Enfim yo nan Sant Sevis Kliyan**

Summons – Page 3

Konte Pasco, 8731 Citizens Drive, New Port Richey, FL 34654, (727) 847-2411 (V), oswa Biwo Jesyon Konte Pasco, 7536 State Street, New Port Richey, FL 34654, (727) 847-8028 (V), fè sa omwen 7 jou anvan dat ou gen randevou pou parèt nan Tribinal la, oswa fè sa imedyatman apre ou fin resevwa konvokasyon an si dat ou gen pou w parèt nan tribinal la mwens pase 7 jou; si ou gen pwoblèm pou w tande byen oswa pou w pale klè, rele 711.



# IN THE SIXTH JUDICIAL CIRCUIT
# IN AND FOR PASCO COUNTY, FLORIDA
# CIVIL DIVISION

QAISAR KHAN,                                )
    Plaintiff,                            )
                       )    CASE NO.:   2021CA001921CAAXES
vs.                                        )
                       )
WAL-MART, INC. and                         )
STANLEY BLACK & DECKER, INC. d/b/a         )
STANLEY ACCESS TECHNOLOGIES, LLC           )
    Defendants.                           )

## SUMMONS

THE STATE OF FLORIDA:

To Each Sheriff of the State:

    **YOU ARE COMMANDED** to serve this summons and a copy of the complaint or petition in this action on defendant:

### CORPORATION SERVICE COMPANY as REGISTERED AGENT of
### STANLEY BLACK & DECKER, INC. d/b/a
### STANLEY ACCESS TECHNOLOGIES, LLC
### 1201 Hays Street
### Tallahassee, FL 32301

    Each defendant is required to serve written defenses to the complaint or petition on **FELIPE B. FULGENCIO**, Plaintiff's attorney, whose address is **105 SOUTH EDISON AVENUE, TAMPA, FL 33606**, within 20[1] days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

    **DATED** on August 31, 2021 ~~XXXXXXXXXXXX~~

Attorney:              FELIPE B. FULGENCIO
Attorney For:          PLAINTIFF
Address:               105 S. EDISON AVE.
                    TAMPA FL 33606
Florida Bar No:        95961

Nikki Alvarez-Sowles
Pasco County Clerk & Comptroller
2021CA001921CAAXES 08-31-2021 02:49 PM
Deputy Clerk: Pat Richardson

---

[1] Except when suit is brought pursuant to section 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to be inserted as to it is 40 days. When suit is brought pursuant to section 768.28, Florida Statutes, the time to be inserted is 30 days.

IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

**Please note: If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact either the Pasco County Customer Service Center, 8731 Citizens Drive, New Port Richey, FL 34654, (727) 847-2411 (V), or the Pasco County Risk Management Office, 7536 State Street, New Port Richey, FL 34654, (727) 847-8028 (V) at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica no lo protegerá. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, deberá usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

**Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con Centro de Servicio al Cliente del Condado de Pasco, 8731 Citizens Drive, New Port Richey, FL 34654, (727) 847-2411 (V), o la Oficina de Gestion de Riesgos del Condado de Pasco, 7536 State Street, New Port Richey, FL 34654, (727) 847-8028 (V), por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si**

el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711.

IMPORTANT

Des poursuites judiciares ont été entreprises contre vous. Vous avez 20 jours consécutifs à partir de la date de l'assignation de cette citation pour déposer une réponse écrite a la plainte ci-jointe auprès de ce tribunal. Un simple coup de téléphone est insuffisant pour vous protéger. Vous êtes obliges de déposer votre réponse écrite, avec mention du numéro de dossier ci-dessus et du nom des parties nommées ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne déposez pas votre réponse écrite dans le relai requis, vous risquez de perdre la cause ainsi que Florida Rules of Civil Procedure February 2, 2021 159 votre salaire, votre argent, et vos biens peuvent être saisis par la suite, sans aucun préavis ultérieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requérir les services immédiats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez téléphoner à un service de référence d'avocats ou à un bureau d'assistance juridique (figurant à l'annuaire de téléphones).

Si vous choisissez de déposer vous-même une réponse écrite, il vous faudra également, en meme temps que cette formalité, faire parvenir ou expédier une copie de votre réponse écrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou à son avocat) nomme ci-dessous.

**Si vous êtes une personne handicapée qui a besoin de mesures d'adaptation pour participer à cette procédure, vous avez droit, sans frais pour vous, à une certaine assistance. Veuillez contacter Centre de Service Client du Comte de Pasco, 8731 Citizens Drive, New Port Richey, FL 34654, (727) 847-2411 (V), ou Bureau de Gestion des Risques du Comte de Pasco, 7536 State Street, New Port Richey, FL 34654, (727) 847-8028 (V) au moins 7 jours avant votre comparution prévue au tribunal, ou immédiatement après avoir reçu cette notification si le délai avant la comparution prévue est inférieur à 7 jours; si vous êtes malentendant ou avez un trouble de la parole, appelez le 711.**

ENPOTAN

Pwosedi legal yo te pran kont ou. Ou gen 20 jou konsekitif ki soti nan dat konklizyon sa a pou ou ranpli yon repons alekri pou plent sa a nan tribinal sa a. Yon apel telefon ki senp se pa ase pou pwoteje ou. Ou oblije ranpli repons alekri ou a, ak nimewo a dosye pi wo a ak non pati yo ki te nonmen isit la, si ou vle tribinal la tande ka w la. Si ou pa ranpli repons alekri ou nan rele egzije a, ou riske pedi koz la ak sale ou, lajan ou, ak pwopriyete ou yo ka mete men sou pita, san okenn lot avi nan tribinal la. Gen lot obligasyon legal epi ou ka mande sevis imedya yon avoka. Si ou pa konnen yon avoka, ou ka rele yon sèvis referans avoka oswa yon biwo ed legal (ki nan lis nan anye telefon).

Si ou chwazi pou ou soumet yon repons alekri tet ou, ou pral bezwen tou voye oswa voye yon kopi repons ekri ou nan fòm sa a an menm tan an tankou fomalite sa a "Avoka Pleyan/ Pwokire a" (Pleyan oswa avoka li) non anba a.

**Si ou se yon moun ki enfim ki bezwen akomodasyon pou w kab patisipe nan pwosedi sa a, ou gen dwa, san ou pa bezwen peye okenn lajan, pou w jwenn yon sèten èd. Tanpri kontakte. Kòdonatris pwogram Lwa Ameriken pou Moun ki Enfim yo nan Sant Sevis Kliyan**

**Konte Pasco, 8731 Citizens Drive, New Port Richey, FL 34654, (727) 847-2411 (V), oswa Biwo Jesyon Konte Pasco, 7536 State Street, New Port Richey, FL 34654, (727) 847-8028 (V), fè sa omwen 7 jou anvan dat ou gen randevou pou parèt nan Tribinal la, oswa fè sa imedyatman apre ou fin resevwa konvokasyon an si dat ou gen pou w parèt nan tribinal la mwens pase 7 jou; si ou gen pwoblèm pou w tande byen oswa pou w pale klè, rele 711.**



Case 8:21-cv-02314-VMC-AAS Document 1-2 Filed 09/30/21 Page 35 of 50 PageID 47

# IN THE SIXTH JUDICIAL CIRCUIT
# IN AND FOR PASCO COUNTY, FLORIDA
# CIVIL DIVISION

| | |
|---|---|
| QAISAR KHAN, | ) |
|     Plaintiff, | ) |
| | )    CASE NO.: 2021CA001921CAAXES |
| vs. | ) |
| | ) |
| WAL-MART, INC. and | ) |
| STANLEY BLACK & DECKER, INC. d/b/a | ) |
| STANLEY ACCESS TECHNOLOGIES, LLC | ) |
|     Defendants. | ) |

## SUMMONS

THE STATE OF FLORIDA:

To Each Sheriff of the State:

**YOU ARE COMMANDED** to serve this summons and a copy of the complaint or petition in this action on defendant:

### C T CORPORATION SYSTEM as REGISTERED AGENT of
### WAL-MART, INC.
### 1200 South Pine Island Road
### Plantation, FL 33324

Each defendant is required to serve written defenses to the complaint or petition on **FELIPE B. FULGENCIO**, Plaintiff's attorney, whose address is **105 SOUTH EDISON AVENUE, TAMPA, FL 33606**, within 20[1] days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

August 31, 2021

**DATED** on XXXXXXXXXXXX

| | |
|---|---|
| Attorney: | FELIPE B. FULGENCIO |
| Attorney For: | PLAINTIFF |
| Address: | 105 S. EDISON AVE. |
| | TAMPA FL 33606 |
| Florida Bar No: | 95961 |

Nikki Alvarez-Sowles
Pasco County Clerk & Comptroller
2021CA001921CAAXES 08-31-2021 02:53 PM
Deputy Clerk: Pat Richardson

---

[1] Except when suit is brought pursuant to section 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to be inserted as to it is 40 days. When suit is brought pursuant to section 768.28, Florida Statutes, the time to be inserted is 30 days.

IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

**Please note: If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact either the Pasco County Customer Service Center, 8731 Citizens Drive, New Port Richey, FL 34654, (727) 847-2411 (V), or the Pasco County Risk Management Office, 7536 State Street, New Port Richey, FL 34654, (727) 847-8028 (V) at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica no lo protegerá. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, deberá usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

**Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con Centro de Servicio al Cliente del Condado de Pasco, 8731 Citizens Drive, New Port Richey, FL 34654, (727) 847-2411 (V), o la Oficina de Gestion de Riesgos del Condado de Pasco, 7536 State Street, New Port Richey, FL 34654, (727) 847-8028 (V), por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación**

**si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711.**

IMPORTANT

Des poursuites judiciares ont été entreprises contre vous. Vous avez 20 jours consécutifs à partir de la date de l'assignation de cette citation pour déposer une réponse écrite a la plainte ci-jointe auprès de ce tribunal. Un simple coup de téléphone est insuffisant pour vous protéger. Vous êtes obliges de déposer votre réponse écrite, avec mention du numéro de dossier ci-dessus et du nom des parties nommées ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne déposez pas votre réponse écrite dans le relai requis, vous risquez de perdre la cause ainsi que Florida Rules of Civil Procedure February 2, 2021 159 votre salaire, votre argent, et vos biens peuvent être saisis par la suite, sans aucun préavis ultérieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requérir les services immédiats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez téléphoner à un service de référence d'avocats ou à un bureau d'assistance juridique (figurant à l'annuaire de téléphones).

Si vous choisissez de déposer vous-même une réponse écrite, il vous faudra également, en meme temps que cette formalité, faire parvenir ou expédier une copie de votre réponse écrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou à son avocat) nomme ci-dessous.

**Si vous êtes une personne handicapée qui a besoin de mesures d'adaptation pour participer à cette procédure, vous avez droit, sans frais pour vous, à une certaine assistance. Veuillez contacter Centre de Service Client du Comte de Pasco, 8731 Citizens Drive, New Port Richey, FL 34654, (727) 847-2411 (V), ou Bureau de Gestion des Risques du Comte de Pasco, 7536 State Street, New Port Richey, FL 34654, (727) 847-8028 (V) au moins 7 jours avant votre comparution prévue au tribunal, ou immédiatement après avoir reçu cette notification si le délai avant la comparution prévue est inférieur à 7 jours; si vous êtes malentendant ou avez un trouble de la parole, appelez le 711.**

ENPOTAN

Pwosedi legal yo te pran kont ou. Ou gen 20 jou konsekitif ki soti nan dat konklizyon sa a pou ou ranpli yon repons alekri pou plent sa a nan tribinal sa a. Yon apel telefon ki senp se pa ase pou pwoteje ou. Ou oblije ranpli repons alekri ou a, ak nimewo a dosye pi wo a ak non pati yo ki te nonmen isit la, si ou vle tribinal la tande ka w la. Si ou pa ranpli repons alekri ou nan rele egzije a, ou riske pedi koz la ak sale ou, lajan ou, ak pwopriyete ou yo ka mete men sou pita, san okenn lot avi nan tribinal la. Gen lot obligasyon legal epi ou ka mande sevis imedya yon avoka. Si ou pa konnen yon avoka, ou ka rele yon sèvis referans avoka oswa yon biwo ed legal (ki nan lis nan anye telefon).

Si ou chwazi pou ou soumet yon repons alekri tet ou, ou pral bezwen tou voye oswa voye yon kopi repons ekri ou nan fòm sa a an menm tan an tankou fomalite sa a "Avoka Pleyan/ Pwokire a" (Pleyan oswa avoka li) non anba a.

**Si ou se yon moun ki enfim ki bezwen akomodasyon pou w kab patisipe nan pwosedi sa a, ou gen dwa, san ou pa bezwen peye okenn lajan, pou w jwenn yon sèten èd. Tanpri kontakte, Kòdonatris pwogram Lwa Ameriken pou Moun ki Enfim yo nan Sant Sevis**

**Kliyan Konte Pasco, 8731 Citizens Drive, New Port Richey, FL 34654, (727) 847-2411 (V), oswa Biwo Jesyon Konte Pasco, 7536 State Street, New Port Richey, FL 34654, (727) 847-8028 (V), fè sa omwen 7 jou anvan dat ou gen randevou pou parèt nan Tribinal la, oswa fè sa imedyatman apre ou fin resevwa konvokasyon an si dat ou gen pou w parèt nan tribinal la mwens pase 7 jou; si ou gen pwoblèm pou w tande byen oswa pou w pale klè, rele 711.**



**IN THE SIXTH JUDICIAL CIRCUIT**
**IN AND FOR PASCO COUNTY, FLORIDA**
**CIVIL DIVISION**

| | |
|---|---|
| QAISAR KHAN, | ) |
|     Plaintiff, | ) |
| | )    CASE NO.: |
| vs. | ) |
| | ) |
| WAL-MART, INC. and | ) |
| STANLEY BLACK & DECKER, INC. d/b/a | ) |
| STANLEY ACCESS TECHNOLOGIES, LLC | ) |
|     Defendants. | ) |

**SUMMONS**

THE STATE OF FLORIDA:

To Each Sheriff of the State:

    **YOU ARE COMMANDED** to serve this summons and a copy of the complaint or petition in this action on defendant:

**CORPORATION SERVICE COMPANY as REGISTERED AGENT of**
**STANLEY BLACK & DECKER, INC. d/b/a**
**STANLEY ACCESS TECHNOLOGIES, LLC**
**1201 Hays Street**
**Tallahassee, FL 32301**

    Each defendant is required to serve written defenses to the complaint or petition on **FELIPE B. FULGENCIO**, Plaintiff's attorney, whose address is **105 SOUTH EDISON AVENUE, TAMPA, FL 33606**, within 20[1] days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

    **DATED** on August 18, 2021

| | | |
|---|---|---|
| Attorney: | FELIPE B. FULGENCIO | NIKKI ALVAREZ-SOWLES |
| Attorney For: | PLAINTIFF | as Clerk of the Court |
| Address: | 105 S. EDISON AVE. | |
| | TAMPA FL 33606 | By: _____ |
| Florida Bar No: | 95961 |     as Deputy Clerk |

---

[1] Except when suit is brought pursuant to section 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to be inserted as to it is 40 days. When suit is brought pursuant to section 768.28, Florida Statutes, the time to be inserted is 30 days.

Summons – Page 1

IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

**Please note: If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact either the Pasco County Customer Service Center, 8731 Citizens Drive, New Port Richey, FL 34654, (727) 847-2411 (V), or the Pasco County Risk Management Office, 7536 State Street, New Port Richey, FL 34654, (727) 847-8028 (V) at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica no lo protegerá. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, deberá usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

**Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con Centro de Servicio al Cliente del Condado de Pasco, 8731 Citizens Drive, New Port Richey, FL 34654, (727) 847-2411 (V), o la Oficina de Gestion de Riesgos del Condado de Pasco, 7536 State Street, New Port Richey, FL 34654, (727) 847-8028 (V), por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si**

el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711.

IMPORTANT

Des poursuites judiciares ont été entreprises contre vous. Vous avez 20 jours consécutifs à partir de la date de l'assignation de cette citation pour déposer une réponse écrite a la plainte ci-jointe auprès de ce tribunal. Un simple coup de téléphone est insuffisant pour vous protéger. Vous êtes obliges de déposer votre réponse écrite, avec mention du numéro de dossier ci-dessus et du nom des parties nommées ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne déposez pas votre réponse écrite dans le relai requis, vous risquez de perdre la cause ainsi que Florida Rules of Civil Procedure February 2, 2021 159 votre salaire, votre argent, et vos biens peuvent être saisis par la suite, sans aucun préavis ultérieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requérir les services immédiats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez téléphoner à un service de référence d'avocats où à un bureau d'assistance juridique (figurant à l'annuaire de téléphones).

Si vous choisissez de déposer vous-même une réponse écrite, il vous faudra également, en meme temps que cette formalité, faire parvenir ou expédier une copie de votre réponse écrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou à son avocat) nomme ci-dessous.

**Si vous êtes une personne handicapée qui a besoin de mesures d'adaptation pour participer à cette procédure, vous avez droit, sans frais pour vous, à une certaine assistance. Veuillez contacter Centre de Service Client du Comte de Pasco, 8731 Citizens Drive, New Port Richey, FL 34654, (727) 847-2411 (V), ou Bureau de Gestion des Risques du Comte de Pasco, 7536 State Street, New Port Richey, FL 34654, (727) 847-8028 (V) au moins 7 jours avant votre comparution prévue au tribunal, ou immédiatement après avoir reçu cette notification si le délai avant la comparution prévue est inférieur à 7 jours; si vous êtes malentendant ou avez un trouble de la parole, appelez le 711.**

ENPOTAN

Pwosedi legal yo te pran kont ou. Ou gen 20 jou konsekitif ki soti nan dat konklizyon sa a pou ou ranpli yon repons alekri pou plent sa a nan tribinal sa a. Yon apel telefon ki senp se pa ase pou pwoteje ou. Ou oblije ranpli repons alekri ou a, ak nimewo a dosye pi wo a ak non pati yo ki te nonmen isit la, si ou vle tribinal la tande ka w la. Si ou pa ranpli repons alekri ou nan rele egzije a, ou riske pedi koz la ak sale ou, lajan ou, ak pwopriyete ou yo ka mete men sou pita, san okenn lot avi nan tribinal la. Gen lot obligasyon legal epi ou ka mande sevis imedya yon avoka. Si ou pa konnen yon avoka, ou ka rele yon sèvis referans avoka oswa yon biwo ed legal (ki nan lis nan anye telefon).

Si ou chwazi pou ou soumet yon repons alekri tet ou, ou pral bezwen tou voye oswa voye yon kopi repons ekri ou nan fòm sa a an menm tan an tankou fomalite sa a "Avoka Pleyan/ Pwokire a" (Pleyan oswa avoka li) non anba a.

**Si ou se yon moun ki enfim ki bezwen akomodasyon pou w kab patisipe nan pwosedi sa a, ou gen dwa, san ou pa bezwen peye okenn lajan, pou w jwenn yon sèten èd. Tanpri kontakte. Kòdonatris pwogram Lwa Ameriken pou Moun ki Enfim yo nan Sant Sevis Kliyan**

**Konte Pasco, 8731 Citizens Drive, New Port Richey, FL 34654, (727) 847-2411 (V), oswa Biwo Jesyon Konte Pasco, 7536 State Street, New Port Richey, FL 34654, (727) 847-8028 (V), fè sa omwen 7 jou anvan dat ou gen randevou pou parèt nan Tribinal la, oswa fè sa imedyatman apre ou fin resevwa konvokasyon an si dat ou gen pou w parèt nan tribinal la mwens pase 7 jou; si ou gen pwoblèm pou w tande byen oswa pou w pale klè, rele 711.**



Case 8:21-cv-02314-VMC-AAS   Document 1-2   Filed 09/30/21   Page 43 of 50 PageID 55

IN THE CIRCUIT COURT OF THE 6TH
JUDICIAL CIRCUIT, IN AND FOR
PASCO COUNTY, FLORIDA

CIVIL DIVISION

CASE NO. 2021-CA-001921-CAAXES

QAISAR KHAN,

      Plaintiff,

v.

WAL-MART, INC. and STANLEY BLACK
& DECKER, INC. d/b/a STANLEY
ACCESS TECHNOLOGIES, LLC,

      Defendant.

_____/

## NOTICE OF APPEARANCE AND
## DESIGNATION OF E-MAIL ADDRESSES

NOTICE IS HEREBY GIVEN that Suzette L. Russomanno, Esq. and Patricia Concepcion, Esq., of HAMILTON, MILLER & BIRTHISEL, LLP, hereby appear as counsel for Defendant, WAL-MART STORES EAST, LP, in this cause. In compliance with Rule of Judicial Administration 2.516(b)(i), the undersigned designate the below e-mail addresses for service and respectfully request all pleadings, notices, letters, correspondence and documents regarding the above-captioned matter be served on:

Primary:    Suzette L. Russomanno, Esq. at srussomanno@hamiltonmillerlaw.com
                Patricia Concepcion, Esq. at pconcepcion@hamiltonmillerlaw.com

Secondary: Valerie A. Bain at vbain@hamiltonmillerlaw.com
              Rosanna Gavilan at rgavilan@hamiltonmillerlaw.com

[Signature on Next Page]

150 Southeast Second Avenue, Suite 1200 · Miami, Florida 33131 · Telephone: 305-379-3686 · Facsimile: 305-379-3690

CASE NO. 2021-CA-001921-CAAXES

Respectfully submitted,

/s/  *Patricia Concepcion*

Suzette L. Russomanno
Florida Bar No. 751081
srussomanno@hamiltonmillerlaw.com
Patricia Concepcion
Florida Bar No. 109058
pconcepcion@hamiltonmillerlaw.com
HAMILTON, MILLER & BIRTHISEL, LLP
150 Southeast Second Avenue, Suite 1200
Miami, Florida 33131-2332
Telephone:   305-379-3686
Facsimile:    305-379-3690
*Attorneys for Defendant, Wal-Mart Stores East, LP*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy hereof was served on counsel on the attached Service List via the E-Portal on September 8, 2021.

/s/    *Patricia Concepcion*
Patricia Concepcion

## SERVICE LIST

Felipe B. Fulgencio, Esq.
Florida Bar No. 95961
Courtney A. Umberger, Esq.
Florida Bar No. 88240
Christopher W. Mathena, Esq.
Florida Bar No. 117156
Fulgencio Law, PLLC
105 S. Edison Avenue
Tampa, Florida 33606
Telephone:   813-463-0123
Facsimile:    813-670-1288
Felipe@Fulgenciolaw.com
CU@Fulgenciolaw.com
CMathena@Fulgneciolaw.com
*Counsel for Plaintiff*

HAMILTON, MILLER & BIRTHISEL, LLP
150 Southeast Second Avenue, Suite 1200, · Miami, Florida 33131 · Telephone: 305-379-3686 · Facsimile: 305-379-3690

## RETURN OF SERVICE

| | | |
|---|---|---|
| **State of Florida** | County of Pasco | Circuit Court |

Case Number: 2021CA001921CAAXES

Plaintiff:
**QAISAR KHAN**

vs.

Defendant:
**WAL-MART, INC., and STTANLEY BLACK & DECKER, INC., d/b/a STANLEY ACCESS TECHNOLOGIES, LLC**

For:
Fulgencio Law PLLC
105 S. Edison Avenue
Tampa, FL 33606

Received by Link Processors on the 3rd day of September, 2021 at 7:35 am to be served on **Corporation Sevice Company As Registered Agent Of Stanley Black & Decker, Inc., d/b/a Stanley Acess Technologies LLC, 1201 Hays Street, Tallahassee, FL 32301**.

I, William J. Lord, do hereby affirm that on the **7th day of September, 2021** at **10:25 am, I:**

served a **CORPORATION** by delivering a true copy of the **Summons and Complaint** with the date and hour of service endorsed thereon by me, to: **Kaneisha Gross** as **Customer Service Specialist** for **Corporation Sevice Company As Registered Agent Of**, at the address of: **1201 Hays Street, Tallahassee, FL 32301**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalties of perjury, I declare that I have read the foregoing document and the facts stated in it are true. No Notary required pursuant to F.S.92.525(2)

William J. Lord
#067

**Link Processors**
**1543 Itchepackesassa Dr.**
**Lakeland, FL 33810**

Our Job Serial Number: LPL-2021002174
Ref: 133649201

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2c



Filing # 134893256 E-Filed 09/20/2021 11:58:26 AM

## RETURN OF SERVICE

**State of Florida**                    **County of Pasco**                    Circuit Court

Case Number: 2021CA001921CAAXES

Plaintiff:
**QAISAR KHAN**

vs.

Defendant:
**WAL-MART, INC.,  and STTANLEY BLACK & DECKER, INC., d/b/a STANLEY ACCESS
TECHNOLOGIES, LLC**

For:
Fulgencio Law PLLC
105 S. Edison Avenue
Tampa, FL 33606

```
LPL2021002175
```

Received by Link Processors, LLC on the 3rd day of September, 2021 at 8:15 am to be served on **C.T. Corporation System As Registered Agent
Of Wal-Mart, Inc., 1200 South Pine Island Road, Plantation, FL 33324**.

I, John Van Steenkiste, do hereby affirm that on the **3rd day of September, 2021 at 8:45 am, I:**

**CORPORATE - REGISTERED AGENT:**  served by delivering a true copy of the **Summons and Complaint** with the date and hour of service endorsed
thereon by me, to: **CT CORPORATION SYSTEM at 1200 S. PINE ISLAND ROAD, PLANTATION, FL 33324**  the Registered Agent for the
aforementioned company. **DONNA MOCH (a white female, 5'4", 140lbs, blonde hair, not wearing glasses)** is the **SR. CORPORATE OPERATIONS
MANAGER OF CT CORPORATION SYSTEM.** Affiant informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server, in good standing, in the judicial circuit in
which the process was served.  Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true. No
Notary Required pursuant to F.S. 92.525(2).

UNOFFICIAL
DOCUMENT

**John Van Steenkiste**
SPS #731

**Link Processors, LLC
1543 Itchepackesassa Dr.
Lakeland, FL 33810
(863) 937-4686**

Our Job Serial Number: LPL-2021002175
Ref: 133649201

Filing # 133649201 E-Filed 08/30/2021 12:13:51 PM

*8396*

IN THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PASCO COUNTY, FLORIDA
CIVIL DIVISION

QAISAR KHAN,　　　　　　　　　　　　　）
　　　　Plaintiff,　　　　　　　　　　　　）
　　　　　　　　　　　　　　　　　　　　）
　　　　　　　　　　　　　　　　　　　　）　　CASE NO.: 2021CA001921CAAXES
vs.　　　　　　　　　　　　　　　　　　）
　　　　　　　　　　　　　　　　　　　　）
WAL-MART, INC. and　　　　　　　　　）
STANLEY BLACK & DECKER, INC. d/b/a　）
STANLEY ACCESS TECHNOLOGIES, LLC　）
　　　　Defendants.　　　　　　　　　　　）

*[handwritten notations in right margin: 9/3/2021, DONDA HOCH, 9/3/21, TIME 8:45A, SERVED BY JOS # 731]*

### SUMMONS

THE STATE OF FLORIDA:

To Each Sheriff of the State:

　　　　**YOU ARE COMMANDED** to serve this summons and a copy of the complaint or petition in this action on defendant:

### C T CORPORATION SYSTEM as REGISTERED AGENT of
### WAL-MART, INC.
### 1200 South Pine Island Road
### Plantation, FL 33324

　　　　Each defendant is required to serve written defenses to the complaint or petition on **FELIPE B. FULGENCIO**, Plaintiff's attorney, whose address is **105 SOUTH EDISON AVENUE, TAMPA, FL 33606**, within 20[1] days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

　　　　　　　August 31, 2021

　　　　**DATED** on XXXXXXXXXXXX

Attorney:　　　　　FELIPE B. FULGENCIO
Attorney For:　　　PLAINTIFF
Address:　　　　　105 S. EDISON AVE.
　　　　　　　　　TAMPA FL 33606
Florida Bar No:　　95961



Nikki Alvarez-Sowles
Pasco County Clerk & Comptroller
2021CA001921CAAXES 08-31-2021 02:53 PM
Deputy Clerk: Pat Richardson

---

[1] Except when suit is brought pursuant to section 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to be inserted as to it is 40 days. When suit is brought pursuant to section 768.28, Florida Statutes, the time to be inserted is 30 days.

Summons – Page 1

IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

**Please note: If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact either the Pasco County Customer Service Center, 8731 Citizens Drive, New Port Richey, FL 34654, (727) 847-2411 (V), or the Pasco County Risk Management Office, 7536 State Street, New Port Richey, FL 34654, (727) 847-8028 (V) at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica no lo protegerá. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, deberá usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

**Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con Centro de Servicio al Cliente del Condado de Pasco, 8731 Citizens Drive, New Port Richey, FL 34654, (727) 847-2411 (V), o la Oficina de Gestion de Riesgos del Condado de Pasco, 7536 State Street, New Port Richey, FL 34654, (727) 847-8028 (V), por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación**

**si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted
tiene discapacitación del oído o de la voz, llame al 711.**

IMPORTANT

Des poursuites judiciares ont été entreprises contre vous. Vous avez 20 jours consécutifs à
partir de la date de l'assignation de cette citation pour déposer une réponse écrite a la plainte ci-
jointe auprès de ce tribunal. Un simple coup de téléphone est insuffisant pour vous protéger. Vous
êtes obliges de déposer votre réponse écrite, avec mention du numéro de dossier ci-dessus et du
nom des parties nommées ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne
déposez pas votre réponse écrite dans le relai requis, vous risquez de perdre la cause ainsi que
Florida Rules of Civil Procedure February 2, 2021 159 votre salaire, votre argent, et vos biens
peuvent être saisis par la suite, sans aucun préavis ultérieur du tribunal. Il y a d'autres obligations
juridiques et vous pouvez requérir les services immédiats d'un avocat. Si vous ne connaissez pas
d'avocat, vous pourriez téléphoner à un service de référence d'avocats ou à un bureau d'assistance
juridique (figurant à l'annuaire de téléphones).

Si vous choisissez de déposer vous-même une réponse écrite, il vous faudra également, en
meme temps que cette formalité, faire parvenir ou expédier une copie de votre réponse écrite au
"Plaintiff/Plaintiff's Attorney" (Plaignant ou à son avocat) nomme ci-dessous.

**Si vous êtes une personne handicapée qui a besoin de mesures d'adaptation pour
participer à cette procédure, vous avez droit, sans frais pour vous, à une certaine
assistance. Veuillez contacter Centre de Service Client du Comte de Pasco, 8731 Citizens
Drive, New Port Richey, FL 34654, (727) 847-2411 (V), ou Bureau de Gestion des Risques
du Comte de Pasco, 7536 State Street, New Port Richey, FL 34654, (727) 847-8028 (V) au
moins 7 jours avant votre comparution prévue au tribunal, ou immédiatement après avoir
reçu cette notification si le délai avant la comparution prévue est inférieur à 7 jours; si vous
êtes malentendu ou avez un trouble de la parole, appelez le 711.**

ENPOTAN

Pwosedi legal yo te pran kont ou. Ou gen 20 jou konsekitif ki soti nan dat konklizyon sa a
pou ou ranpli yon repons alekri pou plent sa a nan tribinal sa a. Yon apel telefon ki senp se pa ase
pou pwoteje ou. Ou oblije ranpli repons alekri ou a, ak nimewo a dosye pi wo a ak non pati yo ki
te nonmen isit la, si ou vle tribinal la tande ka w la. Si ou pa ranpli repons alekri ou nan rele egzije
a, ou riske pedi koz la ak sale ou, lajan ou, ak pwopriyete ou yo ka mete men sou pita, san okenn
lot avi nan tribinal la. Gen lot obligasyon legal epi ou ka mande sevis imedya yon avoka. Si ou pa
konnen yon avoka, ou ka rele yon sèvis referans avoka oswa yon biwo ed legal (ki nan lis nan anye
telefon).

Si ou chwazi pou ou soumet yon repons alekri tet ou, ou pral bezwen tou voye oswa voye
yon kopi repons ekri ou nan fòm sa a an menm tan an tankou fomalite sa a "Avoka Pleyan/ Pwokire
a" (Pleyan oswa avoka li) non anba a.

**Si ou se yon moun ki enfim ki bezwen akomodasyon pou w kab patisipe nan pwosedi
sa a, ou gen dwa, san ou pa bezwen peye okenn lajan, pou w jwenn yon sèten èd. Tanpri
kontakte, Kòdonatris pwogram Lwa Ameriken pou Moun ki Enfim yo nan Sant Sevis**

Kliyan Konte Pasco, 8731 Citizens Drive, New Port Richey, FL 34654, (727) 847-2411 (V), oswa Biwo Jesyon Konte Pasco, 7536 State Street, New Port Richey, FL 34654, (727) 847-8028 (V), fè sa omwen 7 jou anvan dat ou gen randevou pou parèt nan Tribinal la, oswa fè sa imedyatman apre ou fin resevwa konvokasyon an si dat ou gen pou w parèt nan tribinal la mwens pase 7 jou; si ou gen pwoblèm pou w tande byen oswa pou w pale klè, rele 711.

